**Order entered October 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00073-CV

### IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell

Before the Court are Steven Aubrey's motion seeking leave to intervene, the Estate of Ira E. Tobolowsky's notice of mistaken filing, and Aubrey's response to the notice of mistaken filing. We **DENY** Aubrey's motion for leave to intervene.

/s/    BILL WHITEHILL
       JUSTICE